UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 JUN 16 PM 3: 26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ANTONIO LOPEZ-ALVARADO,

                Defendant.

CASE NO. 11CR1772-DMS

JUDGMENT OF DISMISSAL

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of the Information: __8:1326(a) and (b)__

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/16/11

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE